424 F.3d 852
 UNITED STATES of America, Plaintiff — Appellant,
v.
Penny Jillean CHRISTENSON, Defendant — Appellee.
 No. 04-2084.
 United States Court of Appeals, Eighth Circuit.
 September 27, 2005.
 
 1
 Richard L. Murphy, AUSA, argued, Cedar Rapids, Iowa, for appellant.
 
 
 2
 John P. Messina, AFPD, argued, Des Moines, Iowa, for appellee.
 
 
 3
 Before LOKEN, Chief Judge, WOLLMAN, BEAM, ARNOLD, MURPHY, BYE, RILEY, MELLOY, SMITH, COLLOTON, GRUENDER and BENTON, Circuit Judges, en banc.
 
 
 ORDER
 
 
 4
 On rehearing en banc, the district court's judgment is affirmed by vote of an equally divided court.